AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
| v. | ) |
| Justin Ray Crosby | ) Case No. 1:23mj16 ML |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Jan. 18, 2022 to Dec. 2, 2022__ in the county of __Alachua__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of child pornography |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit of Federal Bureau of Investigation Task Force Officer Christopher M. King, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher M. King, FBI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: May 8, 2023

_____
Judge's signature

City and state: Gainesville, Florida

Midori Lowry, Magistrate Judge
Printed name and title

FILED USDC FLND GV MAY 8 '23 PM 1:55