

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher King, being duly sworn, hereby state as follows:

1. I have been a sworn law enforcement officer employed by the Gainesville Police Department since December 2009. Since January 28, 2020, I have been cross-sworn as a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) on the Jacksonville Child Exploitation and Human Trafficking Task Force, Jacksonville Division, Gainesville Resident Agency, which focuses on investigating sexual victimization of children, other crimes against children, and human trafficking within the FBI's jurisdiction.

2. This affidavit is based upon my personal knowledge, experience, and training, as well as other information developed during the course of this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause and securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish whether there is probable cause to believe that Justin Ray Crosby (DOB 02-18-1998) has committed offenses in violation of federal law, to wit: production of child pornography, in violation of Title 18 U.S.C. § 2251, and distribution of child pornography, in violation of Title 18 U.S.C. § 2252A(a)(2) and (b)(1). Throughout this affidavit I use the term child pornography within the meaning of Title 18 U.S.C. § 2256(8)(A).

1

## FACTS SUPPORTING PROBABLE CAUSE

3.  On July 24, 2022, the National Center for Missing and Exploited Children (NCMEC) received a "CyberTip" (129180782), an investigative lead, from Snapchat regarding one of their user accounts related to an image depicting a minor engaged in sexual activity. Snapchat is an Internet based instant messaging application and service. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to the recipients.

4.  Snapchat provided information that led to the identification of the user as a 13-year-old minor female child, hereafter referred to as S.B., residing in Alachua County, Florida. The contents of S.B.'s Snapchat account were obtained and included numerous electronic messages and conversations between S.B. and other unknown persons. These messages related to the purchase, production, transmission, and receipt of sexually explicit images of S.B.. S.B. also utilized a Cash App, or mobile payment service, for the purpose of receiving payment related to the creation of sexually explicit images of herself.

5.  S.B. has been interviewed and admitted creating and owning the Snapchat account associated with the initial CyberTip. S.B.'s cell phone was obtained, along with other evidence establishing S.B.'s use and creation of sexually explicit images. S.B. initially denied having met anyone in person for the purpose of

having sexual contact. She was forensically interviewed by staff with the Children's Advocacy Center (CAC) and there was no disclosure of sexual abuse.

6. However, forensic examination of her cellphone revealed she had created an additional Snapchat account where she was producing, distributing, and selling sexually explicit images of herself. A review of one chat revealed a concerning chat that she had with a Snapchat user with the account name "s_daddy7522". This conversation began on January 18, 2022. The suspect account "s_daddy7522", identified himself as a twenty-four-year-old male with an alias of "Casey". On multiple occasions, "Casey" acknowledged that he was aware that S.B. is thirteen years old. The chats revealed that "Casey" traveled to Gainesville, Florida, via a vehicle, on multiple occasions to have oral (vaginal/anal) and vaginal/penile sex with S.B..

7. On numerous occasions, "Casey" solicited, and received, sexually explicit images from S.B.. Additionally, "Casey" created a video of himself having vaginal/penile sex with S.B. in "Casey's" vehicle, which he later distributed to unknown persons on Snapchat. A search warrant issued to the "s_daddy7522" Snapchat account produced the suspect's Snapchat media, chats, and the login Internet Protocol (IP) addresses (with dates and times). A check of those login IP addresses revealed the majority of the IP addresses belong to Verizon and AT&T. The video involving S.B. was created between 04/23/22 and 04/24/22. It was saved

3

to the account on 04/24/22. The video was shared to S.B.'s Snapchat account on at least two occasions, 06/30/22 and 12/02/22. The video was shared with another Snapchat user on 06/13/22.

8. On July 21, 2022, the suspect sent out a "Snap" advising "if anyone wants to fuck rn just to get good dick, come to the Best Value in Starke, FL". The coordinates of the user at the time of this communication revealed the suspect was at Americas Best Value Inn Starke located at 880 N Temple Ave, Starke, FL. One of the chats showed where "s_daddy7522" had a CashApp account.

9. Additionally, a review of the chats revealed "Casey" had offered to pay numerous Snapchat users for their nude and sexually explicit images/videos. Some of those Snapchat users appear to be minors based off the context of the chats and one of the images of those users.

10. The login addresses for the "s_daddy7522" account included a residence in Gainesville, Florida, a residence in Starke, Florida, a business location in Hawthorne, Florida, and a business location (Quality Inn) in Gainesville, Florida.

11. A search warrant issued to the CashApp for "s_daddy7522" revealed the suspect to be Justin Ray Crosby. Crosby's DAVID photograph was compared to his public Facebook photograph and to one "selfie" that "Casey" sent to another Snapchat user and it appears to depict the same person. The search warrant to Snapchat and to CashApp revealed Justin Ray Crosby is using at least two different

4

cellular devices (an Apple iPhone and an Android). Both of these devices are manufactured outside the State of Florida.

12. A search of LINX revealed Justin Ray Crosby's phone number to be 904-454-0392; this was also verified by Crosby's mother, when she was contacted by another law enforcement agency. A check of this phone number, using the Zetx website, revealed that it belongs to Verizon. A subpoena duces tecum, issued to Verizon, revealed the phone is a "Tracfone" with no subscriber information listed.

13. Through various law enforcement data base searches and after speaking with law enforcement officers in the Clay County Sheriff's Office, Crosby's mother was identified. Crosby's mother was employed at 5605 SE US Highway 301 Hawthorne, FL; the same location where an IP address of Crosby's Snapchat account login was resolved to. Crosby was also the suspect in a sextortion case reported to the Clay County Sheriff's Office.

14. On March 30, 2023, S.B. was again interviewed at the CAC. S.B. advised that she met "Casey" on Snapchat. S.B. advised they chatted for about a month, and it was his idea to meet in person. S.B. advised the first time they met, he took her to his place, a trailer, where they watched TV and ate popcorn. S.B. advised this was at night but she's not sure how long she was gone or how long it took to get to his residence. S.B. advised he drove her in a blue 2 door car that looked older. S.B. advised the second time they met, he drove her to St. Augustine beach,

5

where they played in the water and collected seashells. S.B. initially denied that she and "Casey" had sexual contact, but later identified herself from the video that "Casey" took of one of their sexual encounters in his vehicle. S.B. was shown a redacted/sanitized screenshot of herself in that video. S.B. confirmed that this took place in the blue 2 door car.

15.  S.B. reviewed a six-person photo lineup and selected a person not believed to be the suspect. Detectives were later contacted by a therapist at the CAC who advised that S.B. requested detectives to come back to the CAC on April 6, 2023.

16.  On April 6, 2023, detectives made contact with S.B. at the CAC. S.B. advised she was more open to speaking about "Casey". S.B. confirmed that she and "Casey" had sexual contact in his vehicle. S.B. also confirmed that they had sexual contact outside of her residence in Gainesville, Florida. S.B. advised that she was the author of her chats in her Snapchat accounts. When asked about the video "Casey" took of them in the vehicle, S.B. advised she initially didn't know he was taking a video, and later found out when he sent it to her on Snapchat. S.B. advised this occurred the second time they met in person, at the Caring and Sharing Learning School, located at 1951 SE 4th St, Gainesville, FL. S.B. advised "Casey" would pick her up in his vehicle, near the front of the complex, close to the office. S.B. gave a physical description of "Casey."

## CONCLUSION

17. Based on the information set forth above, I am seeking an arrest warrant based on a judicial determination of probable cause to believe that Justin Ray Crosby (DOB 02-18-1998) has committed offenses in violation of federal law, to wit: production of child pornography, in violation of Title 18 U.S.C. § 2251, and distribution of child pornography, in violation of Title 18 U.S.C. § 2252A(a)(2) and (b)(1).

_____
Christopher King
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me
on this 8 day of May, 2023

_____
MIDORI LOWRY
United States Magistrate Judge