IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE No: 1:23CR16-AW/MAL

JUSTIN RAY CROSBY
_____/

STATEMENT OF FACTS

The following Statement of Facts is entered into by and between Justin Ray Crosby as Defendant, Darren Johnson, Assistant Federal Public Defender, as attorney for Defendant, and the United States Attorney for the Northern District of Florida:

In July 2022, the National Center for Missing and Exploited Children (NCMEC) received a "CyberTip", an investigative lead, from Snapchat regarding one of their user accounts related to an image depicting a minor engaged in sexual activity. Snapchat is an Internet based instant messaging application and service. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to the recipients. Users can also save and store information, including videos and images, to their user account.

1

FILED IN OPEN COURT THIS
September 13, 2023
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

Snapchat provided information that led to the identification of the user as a 13-year-old minor female child, hereafter referred to as S.B., residing in Alachua County, Florida. The contents of S.B.'s Snapchat account were obtained and included numerous electronic messages and conversations between S.B. and other unknown persons. These messages related to the purchase, production, transmission, and receipt of sexually explicit images of S.B.

S.B. was interviewed by law enforcement officers. She confirmed she created the Snapchat account associated with the CyberTip. S.B.'s cell phone was obtained, along with other evidence establishing S.B.'s use and creation of sexually explicit images of herself.

A forensic examination of S.B.'s cellphone revealed she utilized an additional Snapchat account which contained numerous sexually explicit images of herself. A review of one chat in the account revealed a conversation she had with a Snapchat user with the account name "s_daddy7522". This conversation began on January 18, 2022. The suspect account "s_daddy7522", identified himself as a twenty-four-year-old male with an alias of "Casey." On multiple occasions, "Casey" acknowledged he was aware that S.B. is thirteen years old. (S.B. was 12 years old at the time of the conversations.) The chats

revealed that "Casey" traveled to Gainesville, Florida, via a vehicle, on multiple occasions to engage in sexual activity with S.B.

The Snapchat messages revealed that on numerous occasions, "Casey" solicited, and received, sexually explicit images of S.B. Additionally, "Casey" had created a video of himself having vaginal/penile sex with S.B. in "Casey's" vehicle, which he later distributed to unknown persons on Snapchat.

A search warrant issued to the "s_daddy7522" Snapchat account produced the suspect's Snapchat media, chats, and login Internet Protocol (IP) addresses (with dates and times). Further investigation determined that the "s_daddy7522" Snapchat account associated with the username "Casey" belonged to Justin Ray Crosby.

A review of information from Justin Ray Crosby's Snapchat account revealed that he created the sexually explicit video involving himself and S.B. using his cell phone between 04/23/22 and 04/24/22. Crosby saved the video to his Snapchat account on 04/24/22. The video was shared to S.B.'s Snapchat account on at least two occasions, 06/30/22 and 12/02/22. The video was shared with another Snapchat user on 06/13/22.

It was further determined that Justin Ray Crosby was using at least two different cellular devices (an Apple iPhone and an Android). Both devices are

manufactured outside the United States and distributed for sale in the United States.

During subsequent interviews, S.B. confirmed she met "Casey" on Snapchat, and they met in person at his request. She confirmed she was the child depicted in the sexually explicit video Crosby saved to his account, and that the video was created at a specific location in Alachua County, Florida.

On May 24, 2023, Crosby was taken into custody by law enforcement officers. His two cell phones were seized, an Android based BLU smartphone and an Apple iPhone. These devices were forensically examined and confirmed that Crosby was the person associated the "s_daddy7522" Snapchat account and username "Casey."

During a post *Miranda* interview, Crosby acknowledged numerous facts related to his use of the cell phones and Snapchat account. He also identified himself in the sexually explicit video he had created involving S.B.

## ELEMENTS

Production of Child Pornography – 18 U.S.C. § 2251(a)

(1)   the Defendant used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct.

(2)   an actual minor, that is, a real person who was less than 18 years old, was depicted.

4

(3) the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

Distribution of Child Pornography – 18 USC § 2252A

(1) Defendant knowingly distributed child pornography.

(2) The child pornography was distributed using any means or facility of interstate or foreign commerce.

|  |  |
|---|---|
| _____<br>DARREN JOHNSON<br>Attorney for Defendant | JASON R. COODY<br>United States Attorney<br><br>_____ FL BAR # 0105777<br>For  F.T. WILLIAMS<br>Florida Bar No. 936219<br>Assistant United States Attorney<br>Northern District of Florida<br>401 SE 1st Ave., Suite 211<br>Gainesville, FL 32601<br>Ph. 352.378.0996<br>frank.williams@usdoj.gov |
| 9/13/2023<br>_____<br>Date | 9/13/2023<br>_____<br>Date |
| _____<br>JUSTIN RAY CROSBY<br>Defendant |  |
| 9/13/2023<br>_____<br>Date |  |

5